UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALMA YECENIA MELENDEZ MELENDEZ, | § § § | |
| Petitioner, | § § § | |
| v. | § | CIVIL NO. SA-23-CV-01466-OLG |
| CARMINE LUIZ GRECO, JR., | § § § | |
| Respondent. | § § | |

## JOINT NOTICE OF INTENT TO SETTLE

COME NOW Petitioner Alma Yecenia Melendez Melendez and Respondent Carmine Luiz Greco, Jr. (the "Parties") to inform the Court that the parties have reached an agreement to resolve their disputes at issue in the above-captioned litigation.

The Parties anticipate that the documentation to memorialize the agreement will be formally concluded within 14 days, and a Consent Decree will be promptly filed thereafter for the Court's consideration. The Parties respectfully request that all pending deadlines in this case be stayed.

Respectfully submitted,

**TEXAS RIOGRANDE LEGAL AID, INC.**
1331 Texas Ave.
El Paso, Texas 79901
Tel: (915) 585-5145

By: */s/ Stephanie James*
STEPHANIE JAMES

TX SBN 24090990
sjames@trla.org

By: */s/ Maria Vallejo*
MARIA JOSE VALLEJO MANZUR

TX SBN 24110469
mvallejo@trla.org

*Attorneys for Petitioner Alma Yecenia Melendez Melendez*

**DAVIS & SANTOS, PLLC**

By: */s/ Stephanie Dodge Bigley*
Jason M. Davis
State Bar No. 00793592
E-mail: *jdavis@dslawpc.com*
Stephanie Dodge Bigley
State Bar No. 24105336
Email: *sdodgebigley@dslawpc.com*
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

*Attorneys for Respondent Carmine Luiz Greco, Jr.*

## CERTIFICATE OF SERVICE

I certify that on April 1, 2024, counsel for Respondent was served via the Court's CM/ECF system.

*/s/ Stephanie James*
Stephanie James