UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALMA YECENIA MELENDEZ MELENDEZ, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL NO. SA-23-CV-01466-OLG |
| CARMINE LUIZ GRECO, JR., | § § | |
| Respondent. | § § | |

## JOINT MOTION TO APPROVE CONSENT DECREE

COME NOW Petitioner ALMA YECENIA MELENDEZ MELENDEZ and Respondent CARMINE LUIZ GRECO, JR. (the "Parties") pursuant to Fed. R. Civ P. 7(b)(1), jointly request that the Court approve and enter the attached signed Consent Decree.

1. Petitioner brought this action on November 21, 2023, pursuant to The Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980 and the International Child Abduction Remedies Act seeking the return of C.G.M. to Durango, Mexico. (Docket Entry # 3).

2. The Petitioner alleged that Defendant wrongfully removed C.G.M. in violation of Petitioner's right of custody under the laws of the child's place of habitual residence, Durango, Mexico. (Docket Entry # 3).

3. Respondent filed his Original Answer on January 9, 2024 (Docket Entry # 8) and his First Amended Answer on February 9, 2024 denying Petitioner's claims for relief (Docket Entry # 24).

4. Without any admission or finding of fault or liability by or for any party, the Parties have agreed to resolve this action, rather than costly and protracted litigation, as it is

the most effective means to resolve all issues between Petitioner and Respondent without the expense, risks, delays and uncertainties of trial and any appeals that might follow such a trial. In furtherance of these purposes, the Parties have agreed to the binding and enforceable provisions reflected in the proposed Consent Decree and accompanying documents. See **Exhibits A-C**.

5. The Parties to this Consent Decree acknowledge that the Court has jurisdiction over this case and authority to enter this Consent Decree and to enforce its terms.

6. The settlement agreement contained in the Consent Decree is within the scope of the case made by the pleadings and consistent with the public interest. Furthermore, the Parties agree that the terms of this Consent decree are fair, adequate and reasonable.

7. The Parties request that the Court approve and execute the attached Consent Decree. The Consent Decree describes, in detail, the necessary procedure and the steps each party is required to take to ensure the voluntary return of C.G.M. to his country of habitual residence, Mexico. The Court's entry of the Consent Decree and the Parties' compliance with its terms will resolve all claims asserted by Petitioner in the Complaint. Dckt. 3.

8. The Parties request that the Court retain jurisdiction to enforce the terms of the Consent Decree until the child is returned to his mother, at which time the Parties shall file a joint stipulation of dismissal with prejudice.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court grant this joint motion for approval of the Consent Decree, execute the attached Consent Decree, retain jurisdiction to enforce the terms of the Consent Decree until this action is administratively closed, and enter any and all further relief that the Court deems equitable and just.

Dated: April 12, 2024.

                              Respectfully submitted,

**TEXAS RIOGRANDE LEGAL AID, INC.**
1331 Texas Ave.
El Paso, Texas 79901
Tel: (915) 585-5145

By: */s/ Stephanie James*
STEPHANIE JAMES

TX SBN 24090990
sjames@trla.org

By: */s/ Maria Vallejo*
MARIA JOSE VALLEJO MANZUR

TX SBN 24110469
mvallejo@trla.org

*Attorneys for Petitioner Alma Yecenia Melendez Melendez*

**DAVIS & SANTOS, PLLC**

By: */s/ Stephanie Dodge Bigley*
Jason M. Davis
State Bar No. 00793592
*jdavis@dslawpc.com*
Stephanie Dodge Bigley
State Bar No. 24105336
*sdodgebigley@dslawpc.com*
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

*Attorneys for Respondent Carmine Luiz Greco, Jr.*

## CERTIFICATE OF SERVICE

I certify that on April 15, 2024, counsel for Respondent was served via the Court's CM/ECF system.

                                            */s/ Stephanie James*
                                            Stephanie James

Case 5:23-cv-01466-OLG   Document 28   Filed 04/15/24   Page 4 of 4