**FILED**
April 29, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALMA YECENIA MELENDEZ MELENDEZ, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> CARMINE LUIZ GRECO, JR., § <br> § <br> Respondent. § | <br><br><br><br><br>CIVIL NO. SA-23-CV-01466-OLG |

## ORDER

Pending in the instant action is the Joint Motion to Approve Consent Decree (Dkt. No. 28). After reviewing the motion, the record, and the applicable law, the Court finds that the Consent Decree shall be **APPROVED** and the joint motion for approval is hereby **GRANTED**.

The Parties in this action have affixed their signatures to the Consent Decree submitted as an attachment to the joint motion for approval (Dkt. No. 28-1). The ENTIRE Consent Decree, including the signatures of the parties noting their agreement with the terms of the decree, are hereby incorporated into this Court's Order.

Additionally, the parties reference a Petition in Suit Affecting Parent-Child Relationship (Exhibit A), a Waiver of Service (Exhibit B), and Agreed Order in Suit Affecting Parent-Child Relationship (Exhibit C) submitted as attachments to the Joint Motion to Approve Consent Decree. (Dkt. Nos. 28-2, 28-3, 28-4). As such, Exhibits A, B and C are also incorporated into this Court's order approving the Proposed Consent Decree.

The Consent Decree submitted by the parties and approved by this Court is entered as follows:

## CONSENT DECREE

This Consent Decree ("Decree") is entered by and between Petitioner ALMA YECENIA MELENDEZ (hereinafter "Ms. Melendez") and Respondent CARMINE LUIZ GRECO, JR. (hereinafter "Mr. Greco"). Without any admission or finding of fault or liability by or for any party, the Petitioner and Respondent, of their own choice, do hereby enter into this Consent Decree in order to resolve all of the disputes, claims, and causes of action that were asserted in this case that arise from the facts alleged in the complaint subject to the terms and conditions set forth below:

**TERMS OF CONSENT DECREE**

**A. Filing and Obtaining an Agreed Order in Suit Affecting Parent-Child Relationship regarding C.G.M. in Bexar County, Texas.**

Ms. Melendez and Mr. Greco consent to diligently work together to file and obtain custody orders for C.G.M. in Bexar County, Texas. To effectuate this, the parties agree to the following:

1. Ms. Melendez agrees to file the Petition in Suit Affecting Parent-Child Relationship (**Exhibit A**) and Waiver of Service (**Exhibit B**) by Tuesday, April 16, 2024, or within two business days of the Consent Decree being approved by the Court, whichever is sooner.

2. The parties have agreed to the material terms and conditions of the custody suit as contained in the Agreed Order in Suit Affecting Parent-Child Relationship (**Exhibit C**) signed by the parties and their counsels. Mr. Greco and Ms. Melendez agree to cooperate and work diligently to seek entry of this order. The Parties agree that Petitioner will seek the Bexar County District Court's approval of the agreed order shortly after the Petition is accepted by the district clerk's office, but no later than 2 business days after the filing is accepted.

### B. Return of C.G.M. to his Country of Habitual Residence

1. Upon the Bexar County District Court's approval of the agreed final order, the Parties agree that C.G.M. will be returned to Ms. Melendez the first Sunday after the state court's approval of the agreed final order or on Sunday, May 5, 2024, whichever is sooner. The Parties agree that they will work together to agree on a time for the exchange.

2. If the child is exchanged before May 5th, the exchange will occur at the parking lot of the San Antonio Police Department Central Substation (515 S. Frio St.) in San Antonio, Texas.

3. If the child is exchanged on May 5th or after, the parties agree that C.G.M. will be exchanged on the U.S. side of the international border of the Eagle Pass Port of Entry (Bridge I), 160 E. Garrison St., Eagle Pass, Texas 78852.

4. The Parties agree the child will remain under the primary care of Ms. Melendez in Mexico under the terms of the orders for conservatorship, visitation and child support incorporated to this Decree as **Exhibit C**.

### C. Withdrawal of Any and All Complaints of Kidnapping in Mexico

Within 14 days of having C.G.M. returned to her possession, Ms. Melendez shall communicate in writing to any Mexican agencies that she sent or otherwise received any report or allegation of kidnapping that the child has been returned and withdraw any requests or complaint for criminal prosecution against Mr. Greco. Ms. Melendez shall provide a copy of such written correspondence to counsel for Mr. Greco.

### D. Duration of Decree

The federal proceedings are currently stayed and this Court retains jurisdiction of this case until an Agreed Order in Suit Affecting Parent-Child Relationship is entered by the state court and the child is returned to Mexico.

### E. Miscellaneous Provisions

1. This Consent Decree and its accompanying exhibits constitute the entire agreement between the parties with regard to the subject matters contained therein, and hereby supersedes all prior agreements, representations, statements, negotiations, and undertakings. Any ambiguity shall not be construed either for or against a party.

2. The parties agree that this Consent Decree and its terms are binding and enforceable in both Texas and Mexico. Any disputes regarding other ancillary terms not covered by this agreement shall be submitted to the presiding court whose decision shall be binding and non-appealable.

3. The parties will cooperate in drafting any additional documents and pleadings necessary to effectuate the intent of this agreement.

4. The parties agree to file a joint stipulation of dismissal with prejudice of the matter pending in the Western District of Texas once C.G.M. has been returned to Ms. Melendez's care.

5. Each Party shall be responsible for and shall pay its own attorney's fees and costs.

IT IS SO **ORDERED**.

**SIGNED** on this 29th day of April, 2024.

_____
**ORLANDO L. GARCIA**
**UNITED STATES DISTRICT JUDGE**

**CONSENTED TO:**

For Alma Yecenia Melendez Melendez:


*/s/ Stephanie James*
_____
STEPHANIE JAMES
STATE BAR NO. 24090990
**TEXAS RIOGRANDE LEGAL AID, INC.**


For Carmine Luiz Greco, Jr.:



*/s/ Stephanie Dodge Bigley*
_____
STEPHANIE DODGE BIGLEY
STATE BAR NO. 24105336
**DAVIS & SANTOS, PLLC**